IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JUL 01 2010

JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

STATE FARM FIRE AND CASUALTY COMPANY                                   PLAINTIFF

VS.         NO. 5:10-CV-00087 JMM

MIZELL HEATING & AIR, INC.                                              DEFENDANT

### ORDER OF DISMISSAL WITH PREJUDICE

On motion of the parties, the Court finds that the Complaint of plaintiff should be and it is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

_____
U.S. District Judge

7/1/10
_____
Date

PREPARED BY:

BARBER, McCASKILL, JONES & HALE, P.A.
Attorneys for Defendant
2700 Regions Center
400 West Capitol Avenue
Little Rock, AR 72201-3414

By: _____
James D. Robertson   AR BIN 95181

APPROVED BY:

HARRIS LAW FIRM
Attorneys for Plaintiff
1920 North Main Street, Ste. 214
No. Little Rock, AR 72114

By: _____
Harvey Harris